THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM C. TODD, Special Assistant Attorney-General, Petitioner, v. Honorable PHILIP A. BRENNAN, Individually and as Justice of the Supreme Court, Special Term of the Supreme Court, Part I, Kings County, and WILLIAM W. KLEINMAN, Respondents.— Motion granted. A court has no power to make rulings on evidence to be offered at a trial to be held in a court of co-ordinate jurisdiction. This court does not decide the question of admissibility of the proof which was discussed on the argument. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ. [See *post*, p. 884.]